UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL ROBERT OBERLE,
        Plaintiff,

CASE NO. 2:20-cv-51

v.

HONORABLE PAUL L. MALONEY

UNITED STATES OF AMERICA,
        Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated:  April 30, 2020

   /s/   Paul L. Maloney
Paul L. Maloney
United States District Judge